Stephen C. Gerrish/Bar No. 061253
Erin L. McDermit/Bar No. 241167
THOITS, LOVE, HERSHBERGER & McLEAN
A Professional Law Corporation
Two Palo Alto Square, Suite 500
3000 El Camino Real
Palo Alto, California 94306
Telephone:     (650) 327-4200
Facsimile:     (650) 325-5572

Attorneys for Billings Chevrolet, Inc., Billings Revocable Trust Dated June 22, 1993, Michael W. Billings, individually and as trustee, and Carolyn H. Billings, individually and as trustee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, CRAIG ANDREWS, Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee, <br><br>Plaintiffs, <br><br>v. <br><br>BILLINGS CHEVROLET, INC., BILLINGS REVOCABLE TRUST DATED JUNE 22, 1993, MICHAEL W. BILLINGS, Individually and as Trustee of the BILLINGS REVOCABLE TRUST DATED JUNE 22, 1993, and CAROLYN H. BILLINGS, Individually and as Trustee of the BILLINGS REVOCABLE TRUST DATED JUNE 22, 1993, <br><br>Defendants. | No. C 07-0689 SC <br><br>STIPLUATION ENLARGING TIME TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED by plaintiffs and defendants in this action, through their

21485.002/225940                                1
STIPULATION ENLARGING TIME TO REPOND TO COMPLAINT

respective attorneys of record herein, that defendants' time to respond to the Complaint shall be enlarged to March 30, 2007. Defendants, through their attorneys of record herein, all acknowledged service and receipt of the summons and complaint in this action and their time to respond has not expired as of the date this stipulation was made and filed.

No previous extensions or enlargements have been requested or granted.

Dated: February 27, 2007.

THOITS, LOVE, HERSHBERGER & McLEAN

By _____Erin L McDermit_____
Erin L McDermit
Attorneys for BILLINGS CHEVROLET, INC., BILLINGS REVOCABLE TRUST DATED JUNE 22, 1993, MICHAEL W. BILLINGS, individually and as trustee, and CAROLYN H. BILLINGS, individually and as trustee

Dated: February 24, 2007

SALTAMAN & JOHNSON LAW CORPORATION

By _____Kristen McCulloch_____
Kristen McCulloch
Attorneys for AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, CRAIG ANDREWS, Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

21485.002/225940

2

STIPULATION ENLARGING TIME TO REPOND TO COMPLAINT