PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorney for Plaintiffs Automotive
Industries Pension Trust Fund
and its Trustees

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI,, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, CRAIG ANDREWS Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>BILLINGS CHEVROLET, INC., BILLINGS REVOCABLE TRUST DATED JUNE 22, 1993, MICHAEL W. BILLINGS, INDIVIDUALLY AND AS TRUSTEE OF THE BILLINGS REVOCABLE TRUST DATED JUNE 22, 1993, AND CAROLYN H. BILLINGS, INDIVIDUALLY AND AS TRUSTEE OF THE BILLINGS REVOCABLE TRUST DATED JUNE 22, 1993,<br><br>Defendants. | Case No.: C07 0689<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**Fed. R. Civ. P. 41(a)** |

///

///

///

///

Plaintiffs, the Automotive Industries Pension Trust Fund ("Trust") and its Board of Trustees ("Trustees"), hereby notify the Court, pursuant to Fed. R. Civ. P. 41(a), of their voluntary dismissal of this action with prejudice, following a resolution by all parties of all claims in this action.

Dated: March 28, 2007

SALTZMAN & JOHNSON
LAW CORPORATION

By: /s/ Philip M. Miller
Philip M. Miller, Esq.
Attorneys for Plaintiffs AUTOMOTIVE INDUSTRIES PENSION TRUST FUND AND ITS TRUSTEES



IT IS SO ORDERED
Judge Samuel Conti
4/3/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**

1  
2 I, the undersigned, declare:

3 I am employed in the County of San Francisco, State of California. I am over the age of
4 eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San
5 Francisco, California 94105

6 On March 28, 2007, I served the foregoing documents on the parties to this action,
7 addressed as follows, in the manner described below:

**PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

XXX **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

XXX **FACSIMILE** be causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

____ **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

____ **PERSONAL DELIVERY** by placing said document is a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

Stephen C. Gerrish, Esq.                                        (650) 325-5572 – Fax
Thoits, Love, Hershberger & McLean
Two Palo Alto Square, Suite 500
3000 El Camino Real
Palo Alto, CA 94306-2122

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of March, 2007 at San Francisco, California.

*Brandie Muller*

BRANDIE L. MULLER